# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-22-00191-CR
NO. 03-22-00192-CR

Gabriel Nassir Turner, Appellant

v.

The State of Texas, Appellee

FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
NOS. 20-1946-K277 & 20-0663-K277
THE HONORABLE STACEY MATHEWS, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellant Gabriel Nassir Turner was charged with two counts of aggravated robbery with a deadly weapon. *See* Tex. Penal Code § 29.03. Appellant entered an open plea of "guilty" and judicially confessed to both counts. Following a punishment hearing, appellant was sentenced to twenty years' confinement for each count, with the sentences to run concurrently.

In each cause, appellant's court-appointed attorney has filed a motion to withdraw, supported by a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 86-87 (1988).

Appellant's counsel has represented to the Court that she has provided copies of the motions and brief to appellant; advised appellant of his right to examine the appellate record and file a pro se response; and provided appellant with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. To date, no pro se brief has been filed.

We have conducted an independent review of the record, including the *Anders* brief submitted on appellant's behalf, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and the appeals are frivolous.

Counsel's motions to withdraw are granted. The trial court's judgments of conviction are affirmed.

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Affirmed

Filed: October 20, 2022

Do Not Publish

2